UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vincent R. Waggoner,  Civil No. 06-1731 (DSD-JJG)

    Plaintiff,

v.  **ORDER**

Joan Fabian,

    Defendant.

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's motion for summary judgment (Doc. No. 18) is **GRANTED.**

2. Waggoner's motion for summary judgment (Doc. No. 26) is **DENIED.**

3. All claims in this matter are **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2007

                                                             s/David S. Doty
                                                              David S. Doty, Judge
                                                               United States District Court